UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-61314-CIV-SINGHAL

LEXINGTON LUMINANCE LLC,

     Plaintiff,

v.

LIGHTING & SUPPLIES, INC.,

     Defendant.

_____/

## REVISED JOINT SCHEDULING ORDER

     **THIS CAUSE** comes before the Court on Defendant's Unopposed Motion to Modify Revised Joint Scheduling Order (the "Motion") (DE [205]), filed on July 3, 2025. The Court reviewed the Motion and is fully advised in the premises.

     Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED in part and DENIED in part**.  The Parties will adhere to the following schedule:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Calendar Call | **October 15, 2025, at 2:00 p.m.** |
| Trial Begins | **October 27, 2025, at 9:00 a.m** |

     **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of July 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF